IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID ANDERS

    Plaintiff(s)

vs.

Case Number: 1:06-cv-00083

Senior District Judge S. Arthur Spiegel

PATROLMAN GREGORY MEYERS, et al.

    Defendant(s)

**ORDER**

This action was filed February 17, 2006. As of the date of this Order, Plaintiff has filed neither a waiver of service nor proof of service as to Defendants Patrolman Gregory Meyers, Patrolman Larry Lines, and Monroe Police Department. In fact, a review of the Court's docket finds that no process has yet issued as to these Defendants.

Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expired June 17, 2006. The Plaintiff is hereby directed to show cause on or before July 17, 2006 why Defendants Patrolman Gregory Meyers, Patrolman Larry Lines, and Monroe Police Department should not be dismissed from this action for failure to perfect service of process.

SO ORDERED.

Date: 6/25/06

S. Arthur Spiegel
United States Senior District Judge